**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM J. RILEY, IV,<br><br>Plaintiff,<br><br>v.<br><br>ALEMBIC TECHNOLOGIES, INC., a Delaware corporation, and TOMAS PUIG, Individually,<br><br>Defendants. | Case No.: 1:23-cv-2184<br><br>Hon. Elaine E. Bucklo |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties by and through their respective counsel that the above-captioned action brought by WILLIAM J. RILEY, IV against the defendants ALEMBIC TECHNOLOGIES and TOMAS PUIG is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. For purposes of this dismissal order, each party shall bear their own costs and attorneys' fees (for the avoidance of doubt, this does not change any allocation of costs and attorneys' fees to which the parties may have agreed in their settlement agreement).

Dated: July 13, 2023

WILLLIAM J. RILEY, IV

By: /s/ Patrick D. Dolan
Patrick D. Dolan

Patrick D. Dolan
Illinois ARDC No. 6210382
CONTI & DOLAN, LLC
55 West Monroe Street, Suite 3330
Chicago, Illinois 60603
Telephone: (312) 332-7800
Fax: (312) 201-1436
Email: pdolan@contidolanlaw.com

ALEMBIC TECHNOLOGIES, INC. and TOMAS PUIG

By: /s/ Peter F. Donati
Peter F. Donati

Peter F. Donati
Illinois ARDC No. 6210382
Jamie L. Burns
Illinois ARDC No. 6300120
LEVENFELD PEARLSTEIN, LLC
120 South Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 346-8380
Fax: (312) 346-8434
Email: pdonati@lplegal.com
Email: jburns@lplegal.com

## CERTIFICATE OF SERVICE

I, Patrick D. Dolan, an attorney, hereby certify that on July 13, 2023, I caused a true and correct copy of the foregoing Notice of Motion to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Patrick D. Dolan